UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

***Suppressed***

FILED
OCT - 7 2026
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:26-CR-00479 AGF/NCC |
| v. | ) | |
| | ) | |
| COREY MOREHOUSE and | ) | |
| DAREION WHITE, | ) | |
| | ) | |
| Defendants. | ) | |

**INDICTMENT**

**COUNT ONE**

The Grand Jury charges that:

Beginning at an exact time unknown to the Grand Jury, but including November 2025 and through the date of this Indictment, within the Eastern District of Missouri and elsewhere,

**COREY MOREHOUSE and**
**DAREION WHITE,**

the Defendants herein, did knowingly and intentionally combine, conspire, confederate, and agree together with one or more other persons known and unknown to the Grand Jury to commit the following offense against the United States: to distribute and possess with the intent to distribute a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

**COUNT TWO**

The Grand Jury further charges that:

On or about February 12, 2026, in St. Louis County, within the Eastern District of Missouri,

**COREY MOREHOUSE,**

the Defendant herein, did knowingly and intentionally distribute fentanyl, a Schedule II controlled substance drug.

In violation of Title 21, United States Code Section 841(a)(1), and punishable under Title 21, United States Code, Section 841(b)(1)(C).

**COUNT THREE**

The Grand Jury further charges that:

On or about September 9, 2026, in St. Louis County, within the Eastern District of Missouri,

**COREY MOREHOUSE and**
**DAREION WHITE,**

the Defendants herein, did knowingly and intentionally distribute fentanyl, a Schedule II controlled substance drug.

In violation of Title 21, United States Code Section 841(a)(1), and punishable under Title 21, United States Code, Section 841(b)(1)(C).

**COUNT FOUR**

The Grand Jury further charges that:

On or about October 1, 2026, in St. Louis County, within the Eastern District of Missouri,

**DAREION WHITE,**

the Defendant herein, did knowingly and intentionally distribute fentanyl, a Schedule II controlled substance drug.

In violation of Title 21, United States Code Section 841(a)(1), and punishable under Title 21, United States Code, Section 841(b)(1)(C).

**FORFEITURE ALLEGATION**

The Grand Jury further finds by probable cause that:

1. Pursuant to Title 21, United States Code, Section 853(a), upon conviction of an

offense in violation of Title 21, United States Code, Section 841(a)(1), as set forth in Counts One, Two, Three, and Four, the defendants shall forfeit to the United States of America any property, constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violations, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violations.

2. Subject to forfeiture is a sum of money equal to the total value of any property, constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the violations set forth in Counts One, Two, Three, and Four.

3. If any of the property described above, as a result of any act or omission of the defendants:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America will be entitled to the forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL

____________________________
FOREPERSON

THOMAS C. ALBUS
United States Attorney

____________________________
MATTHEW A. MARTIN, #64000MO
Assistant United States Attorney